■ In the Matter of WILMA CLARK, Petitioner, v ROBERT D. LIPPMANN, Respondent. [825 NYS2d 177]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Andrias, J.P., Saxe, Marlow, Nardelli and Williams, JJ.

■ In the Matter of BERNARD FULLER, Petitioner, v CHARLES SOLOMON, Respondent. [825 NYS2d 177]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Saxe, J.P., Sullivan, Nardelli, Sweeny and Malone, JJ.